(134 So. 917)

**Warren F. BURCH, etc., v. M. G. DUKE.**
**I Div. 25.**

Court of Appeals of Alabama.
May 12, 1931.

SAMFORD, J.
Appeal dismissed.

(138 So. 920)

**C. E. BURNS v. STATE.**
**6 Div. 16.**

Court of Appeals of Alabama.
Dec. 15, 1931.

BRICKEN, P. J.
Appeal dismissed.

(137 So. 917)

**Bunk BUSH v. CITY OF PHENIX CITY.**
**4 Div. 816.**

Court of Appeals of Alabama.
Nov. 5, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(130 So. 919)

**William BUSH v. CITY OF PHENIX CITY.**
**4 Div. 717.**

Court of Appeals of Alabama.
Nov. 7, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(135 So. 920)

**Horace BUSH v. STATE.**
**5 Div. 835.**

Court of Appeals of Alabama.
June 16, 1931.

SAMFORD, J.
Affirmed.

(138 So. 920)

**Sam BUSH v. STATE.**
**6 Div. 92.**

Court of Appeals of Alabama.
Jan. 12, 1932.

SAMFORD, J.
Affirmed.

(132 So. 910)

**William H. BUSHY v. STATE.**
**2 Div. 457.**

Court of Appeals of Alabama.
March 24, 1931.

SAMFORD, J.
Appeal dismissed.

(133 So. 922)

**Hiram CAFFEY v. STATE.**
**8 Div. 265.**

Court of Appeals of Alabama.
March 31, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.